**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TERRY LEE SMITH, | ) | NO. CV 15-2360-RGK(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STEVEN SUZUKI, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Dismissing Action for Lack of Jurisdiction,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 15, 2015

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE